# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | Criminal No. |
| HAO KUO CHI<br>    a/k/a "David Chi"<br>    a/k/a "icloudripper4you" | |

I, HAO KUO CHI, the above named defendant, who is accused of conspiracy, in violation of 18 U.S.C. § 371, and computer fraud, in violation of 18 U.S.C. §§ 1030(a)(2)(C) and 2, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
Hao Kuo Chi
Defendant

_____
Edward Robinson, Esquire
Counsel for Defendant

Before _____
          Judicial Officer