UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.            CASE NO.: 8:21-cr-270-KKM-TGW

HAO KUO CHI

**MOTION FOR ADMISSION PRO HAC VICE,
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Defendant HAO KUO CHI, by and through his undersigned attorneys, moves this Court for an order allowing EDWARD M. ROBINSON to appear in this Court as co-counsel on behalf of HAO KUO CHI, in the above referenced matter. In support of this motion, the MR. CHI states the following:

1. EDWARD M. ROBINSON, has been retained to represent HAU KUO CHI, as lead counsel, in all proceedings associated with the litigation of this case.

2. Mr. Robinson is a member in good standing and admitted to practice before all the courts of the State of California, and the United States District Courts for the Central, Southern, Eastern, and Northern Districts of California..

3. Mr. Robinson is familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof.

4. Mr. Robinson has never appeared in court in Florida or the Middle District of Florida.

1

5. Mr. Robinson is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

6. Mr. Robinson designates David Haas and the law firm of Haas Law, PLLC, 201 S. Orange Avenue, Suite 1017, Orlando, Florida 32801 as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

7. Through his signature affixed below, David Haas of the law firm of Haas Law hereby consents to such designation.

8. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, David Haas certifies that Mr. Robinson has complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

9. Pursuant to the Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with AUSA Carlton Gammons, counsel for the United States, and is authorized to represent that the Government does not oppose the entry of an Order granting this motion.

WHEREFORE, Defendant HAO KUO CHI motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

> Respectfully submitted,
>
> */s/ David Haas*
> David Haas
> Florida Bar Number 0494674
> Attorney for the Defendant
> Haas Law
> 201 S. Orange Avenue, Suite 1017
> Orlando, Florida 32801
> Telephone: (407) 755-7675
> E-mail:David@HaasLawPLLC.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 17, 2021, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: AUSA Carlton Gammons, Office of the United States Attorney, 400 N. Tampa St., Tampa, FL 33602.

> */s/ David Haas*
> David Haas
> Local Counsel for the Defendant