IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                     Case No: 8:21-cr-270-KKM-TGW

    v.

HAO KUO CHI,

    Defendant.

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

Defendant Hao Kuo Chi, by and through his counsel of record, moves to continue sentencing from April 12, 2022, to June 2022 at the Court's convenience.

This request is based on the attached Declaration of Edward M. Robinson.

Respectfully submitted this 4th day of April, 2022.

Dated: April 4, 2022                  <u>*/s/ Edward M. Robinson*</u>
                                                Edward M. Robinson
                                                Attorney for Defendant
                                                Hao Kuo Chi

## DECLARATION OF EDWARD M. ROBINSON

I, Edward M. Robinson, hereby declare as follows:

1. I am retained *pro hac vice* counsel in the above referenced matter, case no. 21-cr-270-KKM-TGW.

2. Mr. Chi has entered into a plea of guilty, and sentencing is currently scheduled for April 12, 2022.

3. I have not yet received the presentence report in this matter. I, therefore, have been unable to draft my sentencing position paper.

4. On April 4, 2022, my associate spoke with Assistant United States Attorney Carlton Gammons requesting his position on the matter. He has no objection to a continuance and to a new briefing schedule. He advised her that he is unavailable the week of May 23, 2022 as he is in a jury trial.

5. I have a jury trial scheduled to begin on May 16, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed through on this 4th day of April, 2022 in Los Angeles, California.

                                          ____*/s/ Edward M. Robinson*____
                                          Edward M. Robinson
                                          Attorney for Defendant
                                          Hao Kuo Chi

**I HEREBY CERTIFY** that on March 4, 2022, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: AUSA Carlton Gammons, Office of the United States Attorney, 400 N. Tampa St., Tampa, FL 33602.

          Respectfully submitted,

          /s/  David Haas
          David Haas
          Florida Bar Number 0494674
          Local Counsel for the Defendant
          Haas Law, PLLC
          201 S. Orange Avenue, Suite 1017
          Orlando, Florida 32801
          Telephone:  (407) 755-7675
          E-mail:David@HaasLawPLLC.com